JOHN L. GANNON [ISB# 1975]
Attorney at Law
1101 W. River Street, Suite 110
Boise, ID 83702
Telephone: (208) 433-0629
Facsimile: (208) 343-5807
Attorney for Plaintiff

05 MAY 25

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DEBBIE ANN TOLMAN aka DEBRA ANN TOLMAN<br><br>Plaintiff<br><br>vs.<br><br>BANK ONE CORPORATION. and FIRST USA BANK N.A a subsidiary of BANK ONE CORPORATION, a Delaware Corporation<br><br>Defendants. | CASE NO. CIV05-125-S-BLW<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

COMES NOW the Plaintiff who hereby dismisses the above entitled action with prejudice pursuant to the Federal Rules of Civil Procedure.

Dated this 25th day of May, 2005

By _____

**NOTICE OF DISMISSAL WITH PREJUDICE - 1**